**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-705-RMR-STV

DOMAIN VAULT LLC,

        Plaintiff,

v.

LIONSHEAD SPECIALTY TIRE & WHEEL LLC,

        Defendant.

## JUDGMENT

        Judgment is hereby entered, and accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

        1.     The arbitration decision as to the domain name lionshead.com in favor of the Defendant, is hereby vacated;

        2.     The domain name lionshead.com is registered to the Plaintiff, Domain Vault, LLC, was not registered or used in bad faith, and the Plaintiff remains the registrant of the domain name;

        3.     The domain name registrar, Name.com, is hereby ordered to release any litigation or registrar lock against Domain Vault, LLC, and to immediately restore full control to Domain Vault, LLC;

        4.     All other claims that were brought or which could have been brought by the parties, including but not limited to any claims seeking cancellation of Defendant's U.S.

2

Trademark Registration No. 6,534,553 for LIONSHEAD, are hereby dismissed with prejudice; and

    5.    Each party shall bear its own costs and attorney's fees.

Entered by the Court this _____ day of _____, 2022.

                                BY THE COURT:

                                _____