**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-705-RMR-STV

DOMAIN VAULT LLC,

      Plaintiff,

  v.

LIONSHEAD SPECIALTY TIRE & WHEEL LLC,

      Defendant.

## JUDGMENT

      Judgment is hereby entered, and accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

      1.    The arbitration decision as to the domain name lionshead.com in favor of the Defendant, is hereby vacated;

      2.    The domain name lionshead.com is registered to the Plaintiff, Domain Vault, LLC, was not registered or used in bad faith, and the Plaintiff remains the registrant of the domain name;

      3.    The domain name registrar, Name.com, is hereby ordered to release any litigation or registrar lock against Domain Vault, LLC, and to immediately restore full control to Domain Vault, LLC;

      4.    All other claims that were brought or which could have been brought by the parties, including but not limited to any claims seeking cancellation of Defendant's U.S.

Trademark Registration No. 6,534,553 for LIONSHEAD, are hereby dismissed with prejudice; and

    5.    Each party shall bear its own costs and attorney's fees.

Entered by the Court this 15th day of September, 2022.

BY THE COURT:

_____